# Chris Staiti

| | |
|---|---|
| **From:** | Hoffman, Howard <hbhoffmanesq@hoholaw.com> |
| **Sent:** | Friday, October 21, 2016 1:56 PM |
| **To:** | Chris Staiti; warbasselaw@gmail.com |
| **Subject:** | RE: Canton Dockside // Subponea - Paychex |

Mr. Staiti,

I am unsure what your two sentence email exactly refers to – the Order that was entered was entered at our request, and it was you to produce documents and other evidence. Your adherence to that Order has been an issue. If you are referring to some protection with respect to the identities of employees, that was before you interjected a defense that service charges can be claimed as wages.

Because the purpose of the subpoena is consistent with our expert's opinion that further documents must be examined in order to fully evaluate this defense, the subpoena is proper. It is not being used to communicate with potential witnesses, although I must say that whether the "mandatory" service charge was in fact mandatory is an issue that would allow us to speak with other workers regarding management policies and practices.

The payment of wages is an affirmative defense which you bear the burden of proof and persuasion on. If your client has nothing to worry about, there should be no problem. If you want a confidentiality agreement, that should be fine. But we expect that your clients will not impede our examination of this issue and will promptly produce the requested discovery and will also cooperate in scheduling depositions.

Thanks,

**Howard B. Hoffman, Esq.**
Attorney at Law
600 Jefferson Plaza, Ste. 304
Rockville, Maryland 20852
(301) 251-3752
(301) 251-3753 (fax)
www.hoholaw.com
*Admitted in Maryland, D.C., and Virginia*

Confidentiality notice: This email may contain confidential information which may also be legally privileged. It is intended only for the use of the Addressee(s) listed above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this email, or the taking of any action in reliance on the contents of this information, may be strictly prohibited by law. If you have received this email in error, please notify us immediately by the telephone number listed above.

************************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein.
************************************************************************
************************************************************************

**From:** Chris Staiti [mailto:cstaiti@staiti-diblasio.com]
**Sent:** Thursday, October 20, 2016 5:02 PM
**To:** Hoffman, Howard; warbasselaw@gmail.com
**Subject:** RE: Canton Dockside // Subponea - Paychex
**Importance:** High

Howard – The scope of your second Paychex subpoena directly violates Judge Bredar's Order of July 29, 2016. Please advise if you are willing to take steps to limit the scope of your subpoena to just your client, Kris Prusin.

Thank you.

Christopher Staiti, Esquire
www.Staiti-DiBlasio.com

The information contained in this transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 410.787.1123. Thank you.

**From:** Hoffman, Howard [mailto:hbhoffmanesq@hoholaw.com]
**Sent:** Friday, October 14, 2016 5:43 PM
**To:** cstaiti@staiti-diblasio.com; 'warbasselaw@gmail.com' <warbasselaw@gmail.com>
**Subject:** Canton Dockside // Subponea - Paychex

Mr. Staiti,

Please find attached a subpoena being issued to Paychex for the payroll and tax filings for Canton's Pearls, LLC.

**Howard B. Hoffman, Esq.**
Attorney at Law
600 Jefferson Plaza, Ste. 304
Rockville, Maryland 20852
(301) 251-3752
(301) 251-3753 (fax)
www.hoholaw.com
*Admitted in Maryland, D.C., and Virginia*

Confidentiality notice: This email may contain confidential information which may also be legally privileged. It is intended only for the use of the Addressee(s) listed above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this email, or the taking of any action in reliance on the contents of this information, may be strictly prohibited by law. If you have received this email in error, please notify us immediately by the telephone number listed above.

*********************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein.
*********************************************************************
*********************************************************************